STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROBERT EDWARD LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4 15 70272 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER VACATING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| ROBERT EDWARD LEE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   This proceeding under Fed. R. Crim. P. 5(a)(2)(A) presently is scheduled for a status hearing re removal on 26 March 2015. Defense counsel has spoken with Assistant United States Attorney Christopher Wilson of the Eastern District of Oklahoma and scheduled Robert Lee's initial appearance in that district for 8 April 2015 at 2:00 p.m. before United States Magistrate Judge Kimberly E. West. Mr Lee previously waived an identity and removal hearing before this Court.

   For these reasons, IT IS STIPULATED AND AGREED that the status hearing set for 26 March 2015 may be vacated, that the Court may enter its order removing Mr Lee to the Eastern District of Oklahoma and directing him to appear there on 8 April 2015, and that the Court exclude time under the Speedy Trial Act until 8 April 2015 for effective preparation and

STIP/ORDER                                1

continuity of defense counsel.

Dated: 23 March 2015

/s/
_____
GARTH HIRE
Assistant United States Attorney

Dated: 23 March 2015

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the status hearing set for 26 March 2015 is VACATED. The Court will enter an order removing Mr Lee to the Eastern District of Oklahoma and directing him to appear there on 8 April 2015.

IT IS FURTHER ORDERED that time under the Speedy Trial Act is excluded until 8 April 2015 for effective preparation and continuity of defense counsel.

Dated: March  23 , 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIP/ORDER                                             2