STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant ROBERT LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-15-70272 MAG[KAW] |
| Plaintiff, | **[PROPOSED] ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE NON-CUSTODIAL AIR TRANSPORTATION FOR APPEARANCE IN ANOTHER JUDICIAL DISTRICT** |
| vs. | |
| ROBERT LEE, | |
| Defendant. | |

On 23 March 2015, the Court ordered Robert Lee to appear before the Honorable Kimberly E. West in the Eastern District of Oklahoma in Case No. 15-CR-006 RAW. The date of Mr Lee's appearance is 8 April 2015. The Court found that Mr Lee is unable to afford counsel and appointed the Federal Public Defender to represent him. The Court finds, under 18 U.S.C. § 4285, that Mr Lee is financially unable to provide the necessary transportation to appear as ordered on his own. For these reasons,

IT IS ORDERED that the United States Marshals to provide Mr Lee with one-way, non-custodial airfare from Oakland, California, to Muskogee, Oklahoma, or to the nearest convenient airport.

Under section 4285, the Court also finds that Mr Lee is unable to pay subsistence expenses for ~~her~~ his trip, and for this reason

IT IS FURTHER ORDERED that the United States Marshals provide Mr Lee with $45.75 for subsistence expenses, which is three quarters of the current per diem rate for Oakland, California.

Date: March  30 , 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

- 2 -